**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X     03 CV 5405 (NG) (VVP)
**SCOTT FLOWERS,**

                 **Petitioner,**

   -against-                                        **ORDER**

**BRIAN FISHER, Superintendent of**
**Sing Sing Correctional Facility,**

                 **Respondent.**
-------------------------------------------------------------------X

**GERSHON, United States District Judge:**

By notice of motion, dated November 20, 2006, petitioner moves this court for reconsideration of its October 20, 2006 order denying petitioner's application for a writ of habeas corpus. Local Civil Rule 6.3 requires that a "motion for reconsideration or re-argument of a court order . . . shall be served within ten (10) days after the entry of the court's determination of the original motion . . . ." Because petitioner has failed to comply with Rule 6.3, his motion for reconsideration is denied as untimely.

                                                               **SO ORDERED.**

                                                              /s/
                                                     **NINA GERSHON**
                                                     **United States District Judge**

Dated: Brooklyn, New York
       December 26, 2006